FREDERICK A. BELLOWS, Respondent, *v.* MERCHANTS
DESPATCH TRANSPORTATION COMPANY, Appellant.

Submitted April 11, 1940; decided April 26, 1940.

*Paul Folger* for appellant.
*William L. Clay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and CONWAY, JJ. Not voting: RIPPEY, J. Taking no part: SEARS and LEWIS, JJ.